UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
MIHAIL TUTUIANU,

                          Plaintiff,                         **MEMORANDUM
                                                             & ORDER**

               -against-


                                                             03 CV 2905 (SLT) (LB)

UNITED STATES POSTAL SERVICE,

                          Defendant.
-------------------------------------------------X
TOWNES, U.S.D.J.


        Plaintiff Mihail Tutuianu has submitted to this Court objections to the Stipulation and

Order of Dismissal with Prejudice proposed by the Government.  Plaintiff asks this Court to

compel the Government to pay him the $63.25 that the parties agreed on record to settle the case

for without requiring him to sign the proposed stipulation.  The Court cannot do as Plaintiff

requests, as the Government is entitled to a waiver of liability from Plaintiff in exchange for

paying him the agreed upon sum.  Plaintiff will not receive any money from the Government

unless he signs the proposed stipulation.  If Plaintiff chooses not to sign the stipulation, he may

move the Court to reopen his case, at which point the parties will need to re-enter settlement

negotiations.



        **SO ORDERED**.

                                        SANDRA L. TOWNES
                                        UNITED STATES DISTRICT JUDGE


Dated: Brooklyn, New York
       July 21 , 2005